# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| STEPHANIE LEWIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:21-cv-00944-DGK |
| | ) |
| DENNIS R. MCDONOUGH, | ) |
| SECRETARY OF THE DEPARTMENT | ) |
| OF VETERAN AFFAIRS, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL ACTION

_____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court.** This action has been considered and a decision has been rendered by the Court.

**IT IS ORDERED AND ADJUDGED** that Defendants' Motion for Summary Judgment (Doc. 29) is GRANTED.


February 16, 2024  Paige Wymore-Wynn
Dated  Clerk of Court

February 23, 2024  /s/ Tracy Strodtman
Entered  (by) Deputy Clerk